IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

MARK WILLIAM BELOUS, #11598-078 §

VS. § CIVIL ACTION NO. 4:11cv560
  CRIMINAL ACTION NO. 4:04cr148(1)

UNITED STATES OF AMERICA §

ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Don D. Bush.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.  It is therefore

**ORDERED** that the  motion is **DISMISSED** without prejudice.  It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 10th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE